Anthony F. WOOD, Plaintiff–Appellant,

v.

Kenneth S. APFEL, Commissioner of Social Security, Defendant–Appellee.

No. 00–2581.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.

Anthony F. Wood, pro se. Kent Pendleton Porter, Office of the United States Attorney, Norfolk, VA, for appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

**90**

PER CURIAM.

Anthony F. Wood appeals the district court's order denying relief in his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Wood v. Apfel,* No. CA–00–289–2 (E.D.Va. Oct. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*